(Reap. Dec. 10090)

AUTOMATIC VULCANIZERS CORP. *v.* UNITED STATES

Entry No. 733758, etc.

(Decided October 30, 1961)

*Lane, Young & Fox* for the plaintiff.
*William H. Orrick, Jr.,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the appeals for reappraisement enumerated in the attached schedule for decision upon stipulation reading as follows:

1. The appeals for reappraisement enumerated in the attached schedule and made a part hereof are limited to the merchandise described in said schedule, with or without qualifying words and with or without symbols, and on the relevant dates of exportation such or similar merchandise was being freely offered for sale pursuant to Section 402a(c) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, or Section 402(c) of the said Act as it existed prior to the said amendment, as indicated in the attached schedule.

2. On the relevant dates of exportation there was no higher export value for such or similar merchandise, as such value is defined in Section 402a(d) of said Act.

That the above appeals may be deemed to be submitted for decision upon this stipulation; and that each of the appeals as to all other merchandise not above referred to is hereby abandoned.

On the agreed facts, I find that foreign value, as defined in section 402(c), Tariff Act of 1930, as it existed prior to the effective date of the amendment thereof by the Customs Simplification Act of 1956, or section 402a(c) of the said act, as amended by the Customs Simplification Act of 1956, depending upon the date of entry or withdrawal from warehouse for consumption, is the proper basis of value of the merchandise described in the attached schedule, and that such value in each case is as shown in the column in said schedule headed "Value."

In all other respects and as to all other merchandise, the appeals

for reappraisement, having been abandoned, are, to that extent, dismissed.

Judgment will issue accordingly.

SCHEDULE

| Court No. | Collector's No. | Entry No. | Merchandise | Value |
|---|---|---|---|---|
| 59/716 | 12070 | 733758 | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/718 | 12078 | 858978 | Pangit Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2% plus packing. |
| 59/720 | 12080 | 770990 | Manschetten Masse A and B | Invoice unit value plus 20% plus packing. |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2% plus packing. |
| 59/723 | 12088 | 921326 | Pang-Platten | Invoice unit value plus 20%, plus packing. |
| 59/725 | 12090 | 328726 | Pangol Paste A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangit Masse A and B | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/727 | 12092 | 968428 | Deckendoktoren | " |
| | | | Platten | Invoice unit value plus 20%, plus packing. |
| | | | Manschetten Masse A and B | " |
| 59/728 | 12094 | 809681 | Pangol Paste A and B | " |
| | | | Pangit Masse A and B (Weiss) | " |
| | | | Manschetten Masse A and B | " |
| | | | Pangit Masse A and B | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Pangit Masse A and B (Weiss) liquid | Invoice unit value plus 20%, plus packing. |

SCHEDULE

| Court No. | Collector's No. | Entry No. | Merchandise | Value |
|---|---|---|---|---|
| 59/729 | 12095 | 757214 | Pangit Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangit Masse A and B (Weiss) | " |
| | | | Manschetten Masse A and B | " |
| | | | RN 5–Flicks | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/730 | 12096 | 965188 | Pang-Platten | Invoice unit value plus 20%, plus packing. |
| | | | Manschetten Masse A and B | " |
| | | | Pangit Masse A and B | " |
| | | | Pangol Paste A and B | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/732 | 12099 | 790664 | Pang-Platten | Invoice unit value plus 20%, plus packing. |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Pangit Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangol Paste A and B | " |
| 59/733 | 12102 | 753489 | RN—5 | Invoice unit value plus 10%, plus packing. |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Manschetten Masse A and B | Invoice unit value plus 20%, plus packing. |
| 59/734 | 12105 | 946995 | Pangit Masse A and B | " |
| | | | Pangol Paste A and B | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/735 | 12106 | 914970 | Pang—Platten | Invoice unit value plus 20%, plus packing. |
| | | | Pangit Masse | " |
| | | | Pangol Paste | " |
| | | | Deckendorktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |

SCHEDULE

| Court No. | Collector's No. | Entry No. | Merchandise | Value |
|---|---|---|---|---|
| 59/744 | 12051 | 842486 | Pangit Masse A and B | Invoice unit value plus |
| | | | Manschetten Masse A and B | 20%, plus packing. " |
| 59/747 | 12054 | 883276 | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Manschetten Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangit Masse A and B | " |
| 59/748 | 12057 | 875840 | Pangit Masse A and B | " |
| 59/749 | 12058 | 931312 | Manschetten Masse A and B | " |
| 59/751 | 12060 | 803437 | " | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/752 | 12061 | 955190 | Pangit Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangol Paste A and B | " |
| | | | Manschetten Masse A and B | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/753 | 12062 | 737914 | Pangit Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangit Masse A and B (Weiss) | " |
| | | | Manschetten Masse A and B | " |
| | | | RN–5 | Invoice unit value plus 10%, plus packing. |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2% plus packing. |
| | | | Conveyor Belt | DM 32.66 per square meter, plus 20%, plus packing. |
| 59/754 | 12063 | 745038 | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Manschetten Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangit Masse A | " |

SCHEDULE

| Court No. | Collector's No. | Entry No. | Merchandise | Value |
|---|---|---|---|---|
| 59/755 | 12064 | 957917 | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/758 | 12067 | 836157 | Pangit Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangol Paste A and B | " |
| | | | Manschetten Masse A and B | " |
| 59/759 | 12068 | 903975 | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Pang—Platten | Invoice unit value plus 20%, plus packing. |
| 59/760 | 12069 | 803281 | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Pang—Platten | Invoice unit value plus 20%, plus packing. |
| | | | Pangit Masse A and B | " |
| | | | Pangol Paste A and B | " |
| 59/765 | 12075 | 830159 | Pangit Masse A and B | " |
| | | | Pangol Paste A and B | " |
| | | | Pang—Platten | " |
| 59/767 | 12081 | 711681 | Manschetten Masse A and B | " |
| | | | Pangit Masse A and B (Weiss) | " |
| | | | Pangol Paste A and B | " |
| | | | Pang—Platten | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/771 | 12086 | 884212 | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |

SCHEDULE

| Court No. | Collector's No. | Entry No. | Merchandise | Value |
|---|---|---|---|---|
| 59/772 | 12091 | 782135 | Pangit Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Manschetten Masse A and B | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| 59/773 | 12098 | 864258 | Pangit Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | Pangol Paste A and B | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Pang Platten | Invoice unit value plus 20%, plus packing. |
| 59/779 | 12108 | 815391 | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2% plus packing. |
| 59/780 | 12109 | 946998 | Manschetten Masse A and B | Invoice unit value plus 20%, plus packing. |
| | | | 111 Rep. Gummiflicks | Appraised unit value in Col. G, less 45%, less 2%, plus packing. |
| | | | Deckendoktoren | " |
| 59/781 | 12110 | 780428 | Pangit Masse | Invoice unit value plus 20%, plus packing. |
| | | | Pangol Paste | " |
| | | | Pang-Platten | " |
| | | | Deckendoktoren | Appraised unit value in Col. G, less 45%, less 2% plus packing. |

(Reap. Dec. 10091)